

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00311-CV

Ernest **BUSTOS,**
Appellant

v.

**ENCINO PARK HOMEOWNERS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Laura Salinas, Judge Presiding

# O R D E R

On September 13, 2019, this court ordered appellant to provide written proof that the fee for preparing the clerk's record had been paid. On September 20, 2019, appellant filed proof of payment. It is therefore ORDERED that the clerk's record be filed in this appeal no later than ten days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_Luz Estrada_
Luz Estrada,
Chief Deputy Clerk